UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 12-Cr-712 (SHS) |
| -v- | : | <u>ORDER</u> |
| RUBEN DAVIS, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      On May 16, 2020, the Court received defendant's *pro se* letter application for home confinement. Accordingly,

      IT IS HEREBY ORDERED that:

      1.     The CJA attorney on duty today, Karloff C. Commissiong, is appointed to represent defendant in this matter pursuant to the Criminal Justice Act;

      2.     If Mr. Commissiong wishes to supplement defendant's letter, he shall do so on or before May 27, 2020; and

      3.     The government shall file a response within five days after defendant's supplemental submission is filed.

Dated:  New York, New York
           May 18, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.