UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 12-Cr-712 (SHS) |
| -v- | : | ORDER |
| RUBEN DAVIS, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     In light of the potential conflict raised by Karloff C. Commissiong, due to his prior representation of a co-defendant in this matter, George Davis,

     IT IS HEREBY ORDERED that:

     1.     Karloff C. Commissiong is relieved;

     2.     CJA attorney, Lawrence Gerschwer, is appointed to represent defendant in this matter;

     3.     The dates in the prior Order [Doc. No. 669] remain as set; and

     4.     Mr. Gerschwer is directed to send a copy of this Order, and the prior Order [Doc. No. 669], to defendant.

Dated:  New York, New York
         May 18, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.