UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RUBEN DAVIS,

Defendant.

12-CR-712 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge:

On February 25, 2015, defendant was sentenced principally to a term of imprisonment of 228 months.

On October 17, 2023, defendant filed a motion requesting that the Court reduce his sentence pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023, and applies retroactively.

The Court has determined that defendant is not eligible for a sentence reduction. Defendant is precluded from the status points reduction in Amendment 821 because he did not receive an enhancement for committing the instant offense while under a criminal justice sentence. *See* U.S.S.G. § 4A1.1. In addition, defendant is precluded from the zero-point offender reduction because he had more than zero criminal history points. *See* U.S.S.G. § 4C1.1.

Accordingly, defendant's motion is hereby DENIED.

The Clerk of Court is directed to mail a copy of this Order to Ruben Davis (#67871-054), FCI Otisville, Federal Correctional Institution, P.O. Box 1000, Otisville, NY 10963.

Dated: New York, New York
       January 31, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.