UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,               :        12-cr-712 (SHS)

        -v-                               :        ORDER

RUBEN DAVIS,                            :

        Defendant.                       :

-------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

        Defendant having filed a motion for reduction in sentence computation [Doc. No. 801] on July 29, 2024;

        IT IS HEREBY ORDERED that within 45 days of the date of this Order, the government shall respond to defendant's motion.

Dated: New York, New York
       August 6, 2024

                      SO ORDERED:

                      Sidney H. Stein, U.S.D.J.